UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

| | |
|---|---|
| GEGEORGE COUCH #151030, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05-cv-87 |
| ) | |
| v. ) | HON. RICHARD ALAN ENSLEN |
| ) | |
| UNKNOWN COLLADAY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER OF DISMISSAL

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On April 14, 2005, the Court issued an order requiring Plaintiff to either submit the $250.00 filing fee or, alternatively, file the required Motion to Proceed *In Forma Pauperis*, Certificate of Account Activity and Six Month Account Statement.  The Court allowed 30 days for Plaintiff to comply and warned Plaintiff that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*.  In that instance, Plaintiff would be assessed the entire filing fee, and his case would be dismissed for want of prosecution.

Thirty days have now elapsed, and Plaintiff has not paid the fee or filed the requisite documents.  Instead, on May 11, 2005, Plaintiff filed a motion to voluntarily dismiss this action, stating that he was not aware of the $250.00 filing fee and could not afford to pay such an amount. Pursuant to Fed. R. Civ. P. 41(a), the plaintiff is entitled to dismissal of the case without leave of court at any time prior to service by the adverse party of an answer or other responsive pleading; or, once responsive pleadings have been filed, with leave of court upon such terms and conditions as the court deems proper.  In this case, summons have not yet been issued to the named defendants.

- 2 -

Therefore, dismissal of this action without prejudice is appropriate.  Fed. R. Civ. P. 41(a)(1).  In addition, Plaintiff will not be required to pay filing fee of $250.00.

       Therefore:

       **IT IS HEREBY ORDERED** that the captioned case is **DISMISSED** without prejudice.

       Plaintiff shall not be required to pay the $250.00 civil action filing fee.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>July 19, 2005 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>UNITED STATES DISTRICT JUDGE |